UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re:

FUND 6133BK/6047BK
UNCLAIMED DIVIDENDS TRANSFERRED
TO UNITED STATES TREASURY

<u>ORDER DIRECTING PAYMENT</u>

------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditor to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that <u>Carlo Rodriguez, 2238 Story Ave #2, Bronx NY 10473</u> is entitled to an unclaimed dividend in the amount of <u>$2,713.86.</u>

NOW it is

ORDERED, that the United States Treasury, by check, pay to <u>Carlo Rodriguez</u> SSN/TIN: <u>XXX-XX-0112</u> in the amount of <u>$2,713.86</u> as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

June 16, 2006

/s/Stuart M. Bernstein
Bankruptcy Judge

In re: CARLOS RODRIGUEZ

Case No. 01-14966